IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

PIONEER CIVIL CONSTRUCTION, LLC                                                PLAINTIFF

v.                                             Case No. 1:22-cv-1034

INGEVITY ARKANSAS, LLC;
and INGEVITY CORPORATION                                                      DEFENDANTS

## MODIFIED PRELIMINARY INJUNCTION

Pursuant to the Court's Order of even date granting Defendants' Motion to Modify Preliminary Injunction (ECF No. 34), the prior preliminary injunction in this matter (ECF No. 4) is hereby **MODIFIED**. The modified preliminary injunction is as follows:

This preliminary injunction is issued to allow Plaintiff Pioneer Civil Construction, LLC ("Pioneer") to collect evidence it has alleged is necessary to pursuing its claims against Defendants Ingevity Arkansas, LLC and Ingevity Corporation (collectively "Ingevity"). The Court has determined that without the preliminary injunction, the necessary evidence will cease to exist and Pioneer's opportunity to obtain that evidence will consequently cease to exist. Accordingly, the specific terms of the preliminary injunction intended to allow such an opportunity to collect the necessary evidence are set forth below:

1)      Ingevity is hereby ordered to preserve all material remaining from the asphalt road constructed by Pioneer pursuant to the contract created by the combination of the Revised Purchase Order #4502392369 (ECF No. 1-1) and the Terms and Conditions of Purchase Agreement (ECF No. 3-2) and entered into by the parties on October 4, 2021. The asphalt road constructed pursuant to that contract and referenced in this preliminary injunction is located within Ingevity's facility at

157 Mill Supply Road, Crossett, Arkansas, 71635, and is known as the Crude Tall Oil ("CTO") Unloading Project.

2) If it has not already done so, Ingevity is hereby ordered to inform Pioneer of the location of the remaining asphalt road material Pioneer used to construct the CTO Unloading Project, and to preserve any existing testing samples of the CTO Unloading Project. Ingevity is further ordered to inform Pioneer of all core sample tests conducted on the asphalt road, to provide Pioneer with the results of those tests, and to provide Pioneer with any reports created as a result of those tests.

3) Ingevity shall provide Pioneer with reasonable access to its facility located at 157 Mill Supply Road, Crossett, Arkansas, 71635, to allow for Pioneer to conduct testing, examination, and documentation of the remaining asphalt material from the CTO Unloading Project. The access requirements described in the affidavit of Joseph Perry (ECF No. 39, p. 1-2), Plant Manager of Ingevity's facility in Crossett, Arkansas, and reproduced here shall be the access requirements Pioneer shall be expected to comply with:

> Ingevity approves non-employees, non-vendors, or other guests such as Pioneer to enter the Plant after receiving (1) the full names of all persons planning to enter the jobsite; and (2) confirmation that all guests will use and provide their own personal protective equipment ("PPE"). Ingevity uses a short, simple one-page form for visitors and guests such as Pioneer to complete. If Pioneer will send [Joseph Perry] the names of the guests, the date requested, and will sign a confirmation of their use of PPE, as required by OSHA, then [Joseph Perry] will personally ensure access to the Plaint.

Ingevity and Pioneer shall make a good faith effort to ensure that Pioneer obtains access to Ingevity's Crossett, Arkansas facility to allow for an opportunity to conduct the necessary testing,

examination, and documentation of the asphalt piles remaining from Pioneer's construction of the asphalt road for the CTO Unloading Project within the time limit set in this preliminary injunction.

4) This preliminary injunction will elapse forty-five (45) days after the date of this order.

**IT IS SO ORDERED**, this 11th day of October, 2022.

/s/ Susan O. Hickey  
Susan O. Hickey  
Chief United States District Judge